**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JESSICA LYNNE PEREZ

       Plaintiff,                                   6:24-cv-00103-CEM-DCI

v.

EAGLE VIEW TECHNOLOGIES, INC.,

       Defendant.             /

**MOTION TO REOPEN THE CASE SO THAT NEW EVIDENCE CAN BE HEARD**

Plaintiff, JESSICA LYNNE PEREZ ("Plaintiff"), by and through his undersigned attorney, moves this court pursuant to its inherent authority to reconsider matters as well as Federal Rule of Civil Procedure 59(e) to reopen the case so that the Order of **February 21, 2024** can be altered or amended and alleges as follows:

Plaintiff has new evidence not under consideration at the time of the Order of January 9, 2024, which demonstrates that the Order must be altered in order to prevent manifest injustice by prohibiting Plaintiff from pursuing his case due to the 90 day right to sue requirement of any EEOC challenge.  This new evidence has been submitted to this Honorable Court under subsequent documents.

In Subsequently filed documents, Plaintiff will explain how any error in timeliness stems from at worst the mere negligence of counsel and the delay was not done intentionally or in bad faith, but due to inadvertence.  This kind of a technical error should not prevent Plaintiff from presenting the merits of his claims given the unambiguous language of FRCP 60(b)(1) and the governing precedent of the Eleventh Circuit discussed above. Plaintiff respectfully submits that the kind of administrative error in question here is what FRCP 60(b)(1) contemplates in allowing a party to move for relief from an Order, and respectfully requests the Court alter or amend its Order to reopen the case and consider other sanctions so that Plaintiff may zealously prosecute his case for age discrimination and civil theft.

Dated this 6th day of MARCH, 2024

Respectfully submitted,

*Warren J. Pearson, JD*

Warren James Pearson, JD
3562 Four Oaks Blvd
Tallahassee FL 32311
Independent Co-Counsel with Marble Law
Counsel for Plaintiff
Telephone: (850) 567-6164
E-mail: warpear@gmail.com
Florida Bar No.: 0711578

**CERTIFICATE OF SERVICE**

On March 6, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

 Dated:      March 6, 2024

Plaintiff Counsel of Record
Warren James Pearson
3562 Four Oaks Blvd
Counsel for Plaintiff
Tallahassee FL 32311
(850) 567-6164
E-mail: warpear@gmail.com
Florida Bar No.: 0711578