**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JESSICA LYNNE PEREZ,

  PLAINTIFF[S],

V.          CASE NO. 6:24-CV-00103-CEM-DCI

EAGLE VIEW TECHNOLOGIES, INC.,,

  DEFENDANT[S].
_____

**Notice of Voluntary Dismissal without Prejudice**

Now Comes Plaintiff, Jessica Lynne Perez, by their attorneys and pursuant to Federal Rule of Civil Procedure 41 hereby provides notice that she is voluntarily withdrawing her complaint without prejudice. As this is her first withdrawal in either federal or state court on the subject matter and against this defendant, this dismissal does not operate as an adjudication on the merits.

Dated: June 10, 2024

_____
Plaintiff Counsel of Record
Warren James Pearson
3562 Four Oaks Blvd
Tallahassee FL 32311
(850) 567-6164

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2024 the undersigned counsel has electronically filed the foregoing document with the Clerk of Court using the Federal Courts PACER E- filing Portal. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties, either via electronic transmission of Notices generated by the Federal Courts PACER E-filing Portal or in some other authorized manner for those counsel or parties who are not authorized to receive such Notices.

Dated:  June 10, 2024

Plaintiff Counsel of Record
Warren James Pearson
3562 Four Oaks Blvd
Tallahassee FL 32311
(850) 567-6164